**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Bruce E. WHALEN, Defendant—Appellant.**

**No. 03–30200.**

United States Court of Appeals, Ninth Circuit.

June 10, 2005.

Douglas W. Fong, Esq., Office of the U.S. Attorney, Medford, OR, for Plaintiff–Appellee.

Tonia L. Moro, Esq., Federal Public Defender's Office, Medford, OR, for Defendant–Appellant.

Before: REINHARDT, SILVERMAN, and CLIFTON, Circuit Judges.

## ORDER

Pursuant to the Supreme Court's order vacating the judgment and remanding this case for further consideration, we remand to the district court for reconsideration in light of *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) and *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005).